**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | |
|---|---|
| MICHAEL ESPINOSA, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-00101-MWM |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP. and PROLINK HEALTHCARE, LLC, | Honorable Matthew W. McFarland |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
<u>FIRST ADVANTAGE BACKGROUND SERVICES CORP.</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Espinosa and Defendants First Advantage Background Services Corp. and ProLink Healthcare, LLC, by their attorneys, hereby stipulate that this action be dismissed with prejudice as to Defendant First Advantage Background Services Corp. only.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF MICHAEL ESPINOSA | FIRST ADVANTAGE BACKGROUND SERVICES CORP. |
| By: /s/ Michael Groh<br>Michael Groh*<br>Murphy Law Group, LLC<br>Eight Penn Center, Suite 2000<br>1628 John F. Kennedy Blvd.<br>Philadelphia, Pennsylvania 19103<br>Telephone: (267) 273-1054<br>Facsimile: (215) 525-0210<br>mgroh@phillyemploymentlawyer.com<br><br>*Counsel for Plaintiff*<br><br>**Admitted pro hac vice* | By: /s/ Elizabeth Callahan (with permission)<br>Elizabeth Callan<br>Vorys, Sater, Seymour and Pease LLP<br>301 East Fourth Street, Suite 3500<br>Cincinnati, Ohio 45202<br>Telephone: (513) 723-4016<br>Facsimile: (513) 723-4056<br>eacallan@vorys.com<br><br>Frederick T. Smith*<br>Esther Slater McDonald*<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br>fsmith@seyfarth.com<br>emcdonald@seyfarth.com<br><br>*Counsel for Defendant First Advantage Background Services Corp.*<br><br>**Admitted pro hac vice*<br><br>PROLINK HEALTHCARE, LLC<br><br>By: /s/ Chad Willits (with permission)<br>Chad E. Willits (0066541)<br>Michael J. Caligaris (0099722)<br>REMINGER CO., LPA<br>525 Vine Street, Suite 1500<br>Cincinnati, Ohio 45202<br>Telephone: (513) 721-1311<br>Facsimile: (513) 721-2553<br>CWillits@Reminger.com<br>MCaligaris@Reminger.com<br><br>*Counsel for Defendant ProLink Healthcare, LLC* |

Date: March 14, 2023

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| MICHAEL ESPINOSA,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP. and PROLINK HEALTHCARE, LLC,<br><br>  Defendants. | Case No. 1:22-cv-00101-MWM<br><br>Honorable Matthew W. McFarland |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.**, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Michael Groh*