IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | : | Case No. 1:22cv101 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| PROLINK HEALTHCARE, LLC, | : | |
| Defendant. | : | |

**CONDITIONAL ORDER OF DISMISSAL**

The Court, having been advised by counsel for Plaintiff that the parties have reached a resolution in this matter, hereby **ORDERS** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within seventy-five (75) days, move to reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND